IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:                                CASE NO.:      09-12787-WSS-13

DEBRA JAMES                        DATE:              10/07/2014

DEBTOR                               DATE CONFIRMED:    10/30/2009

ATTORNEY: STEPHEN L. KLIMJACK, LLC         DATE CLOSED:     05/09/2014

## FINAL REPORT AND ACCOUNTING

I, J.C. McAleer, Chapter 13 Trustee, am filing the following final report and accounting and certify that the estate has been fully administered. The case was COMPLETED.

Amount paid to Trustee by or for the Debtor for benefit of creditors: $53,559.00

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| CHRYSLER FIN SER AMER, LLC | UNSECURED | $13,913.67 | 16.89 | $2,350.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELL FINANCIAL SERVICES, LLC | UNSECURED | $1,130.72 | 16.89 | $190.98 | $0.00 | $0.00 | $0.00 | $0.00 |
| EAST BAY FUNDING | UNSECURED | $426.11 | 16.89 | $71.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORP. | UNSECURED | $1,491.71 | 16.89 | $251.95 | $0.00 | $0.00 | $0.00 | $0.00 |
| NISSAN MOTOR ACCEPTANCE COR | SECURED - PREF PY | $21,081.92 | 100.00 | $21,081.92 | $2,375.79 | $0.00 | $0.00 | $0.00 |
| OAK HARBOR CAPITAL LLC | UNSECURED | $1,575.84 | 16.89 | $266.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA REC MGMT,LLC | UNSECURED | $528.74 | 16.89 | $89.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| SANTANDER CONSUMER | SECURED - PREF PY | $18,000.00 | 100.00 | $18,000.00 | $2,071.35 | $0.00 | $0.00 | $0.00 |
| SANTANDER CONSUMER | UNSECURED | $524.13 | 16.89 | $88.53 | $0.00 | $0.00 | $0.00 | $0.00 |
| UNSECURED CREDITORS | UNSECURED | $0.00 | 16.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| WORLD ACCEPTANCE CORP | UNSECURED | $1,411.92 | 16.89 | $238.47 | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| PRIORITY | $0.00 |
| PRIORITY INSURANCE | $0.00 |
| SECURED | $39,081.92 |
| INTEREST | $4,447.14 |
| UNSECURED | $3,547.38 |
| COURT CLERK: | $0.00 |
| ATTORNEY FEE: | $3,000.00 |
| TRUSTEE FEE: | $2,678.49 |
| REFUNDED TO DEBTOR: | $804.07 |
| ADMINISTRATIVE: | $0.00 |
| TOTAL: | $53,559.00 |

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ J.C. McAleer

J.C. McAleer, Trustee